# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL VITELA,<br><br>   Plaintiff,<br> v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:18-cv-00037-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

Pursuant to to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before September 20, 2018;
2. Defendant shall file a response on or before November 21, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before December 6, 2018.

IT IS SO ORDERED.

Dated: **September 7, 2018**

UNITED STATES MAGISTRATE JUDGE

-1-